[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-13822
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 8, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-61353-CV-DTKH

TERESA L. CONNER,

Plaintiff-Appellant,

versus

M & M RECOVERY, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(May 8, 2008)**

Before ANDERSON, HULL and FAY, Circuit Judges.

PER CURIAM:

The dismissal of the appellant's first amended complaint is affirmed for the reasons set forth in the ORDER GRANTING DEFENDANT'S MOTION TO DISMISS entered by the district court on March 29, 2007.

AFFIRMED.